"Did the Appellate Court abuse its discretion when it denied the plaintiff's motion for permission to file a late appeal in this matter?"

The Supreme Court docket number is SC 16675.

*Juris V. Zauls*, in support of the petition.

*Louis J. Bonsangue*, in opposition.

Decided January 17, 2002

STATE OF CONNECTICUT *v.* MARCIA ANN RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 903 (AC 20567), is denied.

*Nicholas P. Cardwell*, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided January 28, 2002

STATE OF CONNECTICUT *v.* VANCE SOLMAN

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 235 (AC 19411), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William B. Westcott*, special public defender, in support of the petition.

*Elpedio N. Vitale*, senior assistant state's attorney, in opposition.

Decided January 28, 2002